**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard Hobbs,

Plaintiff,

-vs-

E.R. RECEIVABLES CORP., L.L.C.,

Defendant.

Court File No.: CV 00-52 JMR/FLN

**NOTICE OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY AGREED** to by the Plaintiff, Richard Hobbs, and his attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE LTD.**

By: ______________________

Peter F. Barry
Attorney I.D. #: 0266577
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 714-8800

FEB 29 2000

FILED ______________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______________
DEPUTY CLERK ______________

**ORDER**

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice.

Dated: February 28, 2000

JAMES M. ROSENBAUM, JUDGE
UNITED STATES DISTRICT COURT